**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
———————
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 22, 2008

Jonathan Lee Riches
F.C.I. Williamsburg
P.O.Box 340
Salters, SC 29590

SUBJECT:    Request for Payment of Docket Fee

      Title:  <u>JONATHAN LEE RICHES -v- WESTERN UNION FINANCIAL</u>
      Case Number:    <u>CV 07-06082 MJJ</u>
      Court of Appeals Number:

      A notice of appeal was filed with this Court on 1/8/08 and the docketing fee of $455.00 has not been received.  Please forward the above referenced fee to this office immediately.

      The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

      Sincerely,

      RICHARD W. WIEKING, Clerk

      by:  <u>Simone Voltz</u>
      Case Systems Administrator

cc: U.S. Court of Appeals