# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

**FILED**

APR 22 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>     Appellant,<br><br>v.<br><br>WESTERN UNION FINANCIAL<br>SERVICES, INC. and FIRST DATA<br>CORPORATION,<br><br>     Appellees. | No.  08-15142<br>D.C. No.  CV-07-06082-MJJ<br><br>**ORDER** |

FILED

APR 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to pay the docketing/filing fees in this case.

A copy of this order sent to the district court shall constitute for the mandate of this court.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Joe Williams
Deputy Clerk