**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 29, 2008

CASE NUMBER:    **CV 07-06082 MJJ**
CASE TITLE:    **JONATHAN LEE RICHES-v- WESTERN UNION FINANCIAL**
DATE MANDATE FILED:  4/24/08

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: *Sheila Rash*
Case Systems Administrator

Distribution:   CIVIL   -   Counsel of Record

                CRIMINAL   -   Counsel of Record
                                   U.S. Marshal (Copy of Mandate)
                                   U.S. Probation Office

NDC App-16